

## Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 28, 2014

Matthew C. Martindale
Attorney at Law
905 S. Fillmore, Suite 650
Amarillo, TX 79101
\* DELIVERED VIA E-MAIL \*

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
\* DELIVERED VIA E-MAIL \*

**RE:**   Case Number:  07-14-00376-CR, 07-14-00377-CR
Trial Court Case Number: 69,437-A, 69,279-A

**Style:** Humberto Clemente Gutierrez v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Dina Wall (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)